BEFORE THE SECOND DIVISION, JUNE 24, 1944

**No. 49554.**—Protests 998849–G, etc., of Henry V. Allien & Co. (New York).

Opinion by TILSON, J.   When the cases were called for hearing it was agreed in open court that certain of the merchandise in question is the same in all material respects as that involved in *Meyer v. United States* (6 Cust. Ct. 191, C. D. 459), which record was incorporated herein.   In accordance therewith the claim that the merchandise is woven fabrics wholly or in chief value of any of the materials provided for in paragraph 385, and therefore dutiable at 40 percent under paragraph 385 as modified, was sustained.

**No. 49555.**—Protests 871673–G, etc., of Geo. E. Mallinson Importing Co., Inc., et al. (Philadelphia, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49556.**—Protests 67818–K, etc., of B. Altman & Co. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49557.**—Protests 60544–K, etc., of Hochschild, Kohn & Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 24, 1944

**No. 49558.**—Protests 980002–G, etc., of A. Hartog & Co., Inc.; et al. (Los Angeles).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of Abstracts 42146, 42309, and 42178.   The protests were therefore sustained to this extent.

**No. 49559.**—Protest 37373–K of Kraft Phenix Cheese Corp. (Los Angeles).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of Abstracts 42146, 42309, and 42178.   The protest was therefore sustained to this extent.